JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| MASOUD BERAHAM, and MAEDEH TAHERI,<br><br>      Plaintiffs,<br><br>      v.<br><br>ANTONY J. BLINKEN, in his official capacity,<br><br>      Defendant. | No. 5:23-cv-00680-SSS-KKx<br><br>**ORDER** |

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiffs and Defendant hereby, and upon order of the Court, dismiss without prejudice this action in its entirety.

IT IS SO ORDERED.

Dated: October 3, 2023

_____
HON. SUNSHINE SUZANNE SYKES
United States District Judge